**Opinion issued April 8, 2025**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00337-CV

_____

**RITA ELLISON, Appellant**

**V.**

**RONALD GLOTSON, Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-21699**

---

## MEMORANDUM OPINION

After our Court abated this appeal for mediation, the parties jointly filed a "Notification to the Court of Settlement" (1) informing our Court that they settled all outstanding issues during mediation and (2) requesting dismissal of the appeal. We construe the parties' filing as an agreed motion for voluntary dismissal of the

appeal. *See* TEX. R. APP. P. 42.1(a)(1). No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we reinstate the appeal, grant the motion, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Johnson, and Dokupil.